**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CPR RESTORATION & CLEANING SERVICES, LLC, | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 09-657 |
| CHRISTINE FEDOROWYCZ and STATE FARM FIRE AND CASUALTY COMPANY, | : : : : | |
| Defendants | : : | |

**ORDER**

AND NOW, this 14th day of April, 2009, upon consideration of CPR Restoration & Cleaning Services, LLC's Motion for Remand (Doc. No. 5) and State Farm Fire and Casualty Company's Response in Opposition thereto (Doc. No. 8), it is hereby ORDERED that the Motion for Remand is DENIED for the reasons set forth in the accompanying memorandum.

It is FURTHER ORDERED as follows:

1.  State Farm Fire and Casualty Company is granted leave to file a Motion and Memorandum of Law as to whether it seeks to remove to this Court the Joinder Complaint against Jerry Fedorowycz and whether such a removal is timely and otherwise procedurally valid.  Any such motion shall be filed no later than April 27, 2009, and must be accompanied by proof of service, by certified United States mail, to Jerry Fedorowycz.

2.  Any response to any such motion shall be filed no later than May 4, 2009.

3.    The Court will accept a response from Jerry Fedorowycz, should he wish to file one.  That response, likewise, shall be filed no later than <u>May 4, 2009</u>.

4.    State Farm Fire and Casualty Company shall send a copy of this Order and the accompanying Memorandum, dated April 14, 2009, to Jerry Fedorowycz, by certified United States mail, and shall file proof of service of the same no later than <u>April 27, 2009</u>.

BY THE COURT:

<u>    S/ C. Darnell Jones II    </u>
                                            J.